UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS J. DEIULIIS,

             Plaintiff,                    20 **CIVIL** 3252 (NRB)

          -against-                      **JUDGMENT**

JORDAN ENGEL, individually and d/b/a
The Decolonial Atlas, GOOD WORLDWIDE,
INC., and LEO SHVEDSKY,

             Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 27, 2021, defendants' motions to dismiss are granted and the Complaint is dismissed in its entirety with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          September 28, 2021

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                        **BY:**
                                                                    **Deputy Clerk**